# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **JAMES K. BREDAR** | **BALTIMORE, MARYLAND 21201** |
| **U.S. MAGISTRATE JUDGE** | **(410) 962-0950** |
| | **(410) 962-2985 FAX** |

May 18, 2005

| | |
|---|---|
| Jay Baron Spirt, Esquire | Mark T. Foley, Esquire |
| Jay B Spirt, PA | William N. Zifchak, Esquire |
| 3205 B Corporate Court | Sasscer Clagett and Bucher |
| Ellicott City, Maryland  21042 | 5407 Water Street, Suite 101 |
| | Upper Marlboro, Maryland  20772 |

H David Spirt, Esquire
Martin Weiss, Esquire
Weiss and Spirt
790 Penllyn Pike, Suite 300
Blue Bell, Pennsylvania  19422

      Subject: *Frank R. Tiedeman, et al. v. Mark D. Almony, et al.*
             Civil Action No. JKB-04-104

Dear Counsel:

      Pursuant to the matters discussed and the resolution reached at the pretrial conference this afternoon, the jury trial scheduled for  May 23-24, 2005, is hereby POSTPONED and instead will go forward October 17-19, 2005, over three days rather than two days.  A pretrial conference will  be held in Court at 3:30 p.m. on October 11, 2005.

      Discovery in this case is hereby reopened on a limited basis until August 15, 2005, for the purpose of addressing the issue of whether the injury purportedly sustained by the plaintiff in the incident giving rise to this case is the proximate cause of a condition that, to a reasonable degree of medical certainty, will give rise to a need for knee-replacement surgery.  The exchange of expert reports and any depositions pursuant thereto are to be arranged by counsel without the need for scheduling by the Court.  A joint status report will  be provided by counsel to the Court at the close of discovery.

      **Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.**

                                                      Very truly yours,

                                                      /s/

                                                     James K. Bredar
                                                     United States Magistrate Judge

JKB/cw

Letter to Counsel - *Tiedeman, et al. v. Almony, et al.*
Page 2
March 29, 2005

cc: Court file
    Chambers file